EXHIBIT A



(1968)  (1979)  (1989)



(1996)  (2000)  (2013)

EXHIBIT B

