UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HORIZON COMICS PRODUCTIONS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>MARVEL ENTERTAINMENT, LLC,<br>MVL FILM FINANCE, LLC,<br>MARVEL WORLDWIDE INC.,<br>MARVEL STUDIOS, LLC,<br>THE WALT DISNEY COMPANY,<br>DMG ENTERTAINMENT LLC, AND<br>DOES 1 THROUGH 10, INCLUSIVE<br><br>*Defendants*. | CIVIL ACTION NO. 15-11684 |

## DECLARATION OF NICOLE KINSLEY, ESQ.

STATE OF MASSACHUSETTS   )
                         )
COUNTY OF SUFFOLK        )

I, Nicole Kinsley, Esq., declare as follows:

1. My name is Nicole Kinsley. I have entered an appearance on behalf of Defendants in the above-captioned action.

2. I make this Declaration upon personal knowledge of the facts set forth herein, which are true and correct.

3. As of June 22, 2015, the Registered Office Address of Horizon Comics Productions Inc., as reflected in the Canadian Government's online corporations database, was 33 Moreau, Kirkland QC H9H 9Z7, Canada. *See* Ex. 1, a true and correct printout from the Canadian Government's online corporations database.

B4406146.1

4. As reflected in the US Copyright Office's online copyright catalog, May 1, 2014 is the effective date of registration (and, therefore, the date on which the application was complete) for US Copyright Registration Nos. TX0007905283, TX0007948821, and TX0007948818, for *Radix* volumes 1-3, respectively. Those three works list Wing Pun Ben Lai and Wing Chung Ray (or Raymond) Lai as authors. "Canada" is listed as the place of domicile and citizenship for both authors. Ben Lai's address is listed as 107 Chemin Des Hauts Boises, Chateauguay, Quebec, J6J6E6, Canada. Ray Lai's address is listed as 33 Moreau Kirkland, Quebec, H9H4Z7, Canada. *See* Ex. 2-4, true and correct printouts from the US Copyright Office's online copyright catalog.

5. As reflected in the US Copyright Office's copyright catalog, April 3, 2015 is the effective date of registration (and, therefore, the date on which the application was complete) for US Copyright Registrations No. VA0001950739, for "Radix Art." That work also lists Wing Pun Ben Lai and Wing Chung Ray Lai as authors. "Canada" is listed as the place of domicile and citizenship for both authors. Horizon Comics Productions, Inc.'s address is listed as 33 Moreau Kirkland, Quebec City, H9H 4z7, Canada. *See* Ex. 5, a true and correct printout form the US Copyright Office's online copyright catalog.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 25th DAY OF June, 2015.



**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system on June 26, 2015, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Nicole Kinsley
    Nicole Kinsley