UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HORIZON COMICS PRODUCTIONS, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>MARVEL ENTERTAINMENT, LLC,<br>MVL FILM FINANCE, LLC,<br>MARVEL WORLDWIDE INC.,<br>MARVEL STUDIOS, LLC,<br>THE WALT DISNEY COMPANY,<br>DMG ENTERTAINMENT LLC, AND<br>DOES 1 THROUGH 10, INCLUSIVE<br><br>*Defendants.* | CIVIL ACTION NO. 15-11684 |

## DECLARATION OF MARSHA REED

STATE OF FLORIDA      )
                      )
COUNTY OF ORANGE      )

I, Marsha Reed, declare as follows:

1. My name is Marsha Reed. I am Vice President-Governance Administration and Assistant Secretary of The Walt Disney Company ("TWDC").

2. I make this Declaration upon personal knowledge of the facts set forth herein, which are true and correct, my review of the books and records of TWDC that are kept in the ordinary course of business and information provided to me in my capacity as an officer of TWDC.

3. TWDC is a Delaware corporation with its principal place of business in California. TWDC is a holding company whose principal business activity consists of the ownership of stock in a variety of corporations operating in, among others, the fields

of entertainment, recreation and consumer products. TWDC conducts no business activities other than those of a public holding company.

4. TWDC is not qualified to conduct business in Massachusetts.

5. TWDC does not maintain a registered agent for service of process in Massachusetts.

6. TWDC does not have any offices in Massachusetts.

7. TWDC does not have any telephone listings or mailing addresses in Massachusetts.

8. TWDC does not own assets or bank accounts in Massachusetts.

9. TWDC does not own or lease any property located in Massachusetts, and is not subject to property taxation by the Commonwealth of Massachusetts.

10. TWDC does not conduct business in Massachusetts.

11. TWDC does not have any employees or agents based in Massachusetts.

12. TWDC does not purchase advertising within Massachusetts.

13. TWDC is a separate and distinct corporate entity from each of the other named defendants, and it maintains books and records separate and apart from them. TWDC does not control the day-to-day operations of the other named defendants.

14. TWDC took no actions in Massachusetts or in any other jurisdictions with respect to the *Iron Man* and *The Avengers* motion picture franchises (the "Films"). , the books entitled *The Art of Iron Man 2* and *The Art of Iron Man 3*, or any merchandise relating to the Films, including toy action figures.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 23rd DAY OF JUNE, 2015.

_____
Marsha Reed

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system on June 26, 2015, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Nicole Kinsley
        Nicole Kinsley